# UNITED STATES DISTRICT COURT
## Middle District of Tennessee

Aleta A. Trauger
U.S. District Judge
615 736-7143
Fax 615 736-7156

825 U.S. Courthouse
801 Broadway
Nashville, Tennessee 37203

August 2, 2004

Honorable Mary M. Lisi, Chair
Judicial Conference of the United States
 Committee on Financial Disclosure
One Columbus Circle, N.E.
Washington, DC 20544

Re: Amendment to 2003 Financial Disclosure Report

Dear Judge Lisi:

Thank you for your letter of July 27, 2004. Please consider this letter as an amendment to my Financial Disclosure Report for calendar year 2003.

With regard to Part III B., line 1, my husband is "self-employed" under the instructions to this part in that he is a partner in a law firm partnership, the name of which is Trauger, Ney & Tuke. I hope this answers your inquiry. Please feel free to contact me should you need further information.

Since

Aleta A. Trauger

AAT/db

| AO-10<br>Rev. 1/2004 | FINANCIAL DISCLOSURE REPORT<br>Calendar Year 2003 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (Last name, First name, Middle initial)<br><br>Trauger, Aleta A | 2. Court or Organization<br><br>U.S. District Court (MD Tenn) | 3. Date of Report<br><br>05/13/2004 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>U.S. District Ct.Judge-Active | 5. ReportType (check appropriate type)<br><br>○ Nomination,    Date<br><br>○ Initial    ⊙ Annual    ○ Final | 6. Reporting Period<br><br>01/01/2003<br>to<br>12/31/2003 |
| 7. Chambers or Office Address<br><br>825 U.S. Courthouse<br>801 Broadway<br>Nashville, Tennessee 37203 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☐ NONE - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1.   Member, Board of Trustees | Cornell College, Mt. Vernon, Iowa |
| 2.   Member, Board of Trustees | St. Bernard Academy |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ NONE - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |

RECEIVED May 17 1 29 PM '04 FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☑ NONE - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

☐ NONE - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2003 | Income from law firm partnership |
| 2. | 2003 | Distribution from ▮▮▮ estate |

## IV. REIMBURSEMENTS – transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☑ NONE - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | | |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ NONE  - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☐ NONE  - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. SunTrust Bank | Mortgage on law firm building (joint liability with 4 other partners) | O |
| 2. SunTrust Bank | Lines of credit for law firm (joint liability with 4 other partners) | K |

| Name of Person Reporting | Date of Report |
|---|---|
| Trauger, Aleta A | 05/13/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. Acc'ts. at SunTrust Bank, Nashville, TN | B | Interest | M | T | | | | | |
| 2. The Equitable A.B.A. Group IRA | E | Interest | L | T | | | | | |
| 3. Robertson Stephens Emerging Growth Fund | | None | M | T | | | | | |
| 4. Coventry Health Care Inc. common stock | | None | O | T | | | | | |
| 5. Guilford Co., NC farmland | B | Rent | N | W | | | | | |
| 6. Cash surr. value NW Life policy | | None | K | T | | | | | |
| 7. Cash surr. value of 2 NW Life policies | | None | L | T | | | | | |
| 8. Parnassus Fund | B | Dividend | K | T | | | | | |
| 9. Union Planters common stock | B | Dividend | K | T | | | | | |
| 10. Interest in law firm bldg. | | None | N | W | | | | | |
| 11. Profit sharing plan-Benefit Consultants Grp & Divers. Trust | | None | O | T | | | | | |
| 12. Fidelity Advisor Equity Growth Class T Fund | | None | K | T | | | | | |
| 13. Aintree Capital Acc't. - IRA a) Pershing Gov't. Acc't. | A | Interest | K | T | | | | | |
| 14. Knox County, TN munic. bonds | | None | K | T | | | | | |
| 15. Rutherford Co., TN gen. oblig. bonds | | None | K | T | | | | | |
| 16. Ingram Micro, Inc. common stock | | None | J | T | | | | | |
| 17. ITECH Partners, L.P. | | None | L | W | | | | | |
| 18. Promissory note from Paul C. Ney, Jr. | | None | L | T | | | | | |

1. Income/Gain Codes:      A = $1,000 or less      B = $1,001-$2,500      C = $2,501-$5,000      D = $5,001-$15,000      E = $15,001-$50,000
(See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes:   J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
(See Columns C1 and D3)   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000   P4 = $More than $50,000,000
3. Value Method Codes   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market

| Name of Person Reporting | Date of Report |
|---|---|
| Trauger, Aleta A | 05/13/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 19. | Moore County, NC timber land | | None | M | W | | | | | |
| 20. | SkillSoft PLC f/k/a SmartForce PLC | | None | J | T | | | | | |
| 21. | Qualifacts Systems, Inc. | | None | M | W | | | | | |
| 22. | Metro Nashville Electric Revenue bonds | B | Interest | K | T | | | | | |
| 23. | CP Pool One, LLC | | None | K | W | | | | | |
| 24. | Bank of America Corp. | A | Dividend | K | T | | | | | |
| 25. | Duke Energy Corp. | A | Dividend | J | T | | | | | |
| 26. | Exxon Mobil Corp. | A | Dividend | K | T | | | | | |
| 27. | Jefferson-Pilot Corp. | C | Dividend | M | T | | | | | |
| 28. | Occidental Pete Corp. | A | Dividend | J | T | | | | | |
| 29. | Piedmont Natural Gas Co. | A | Dividend | J | T | | | | | |
| 30. | Progress Energy Inc. | A | Dividend | J | T | | | | | |
| 31. | Verizon Communications | A | Dividend | J | T | | | | | |
| 32. | Metro Nashville Electric Service Zero Coupon Bonds | | None | K | T | | | | | |
| 33. | TN Housing Development Agcy. Homeownership Bonds | B | Interest | K | T | | | | | |
| 34. | The Providence Service Corp. Common Stock | | None | | | sell | 8/18 | M | G | |
| 35. | The Providence Service Corp. (2 notes) | D | Interest | | | ex for stock | 8/18 | M | G | |
| 36. | The Camelot Schools, LLC (2 notes) | | None | M | T | | | | | |

1. Income/Gain Codes:    A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
   (See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000
2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
   (See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000    P4 = $More than $50,000,000
3. Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market

| Name of Person Reporting | Date of Report |
|---|---|
| Trauger, Aleta A | 05/13/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 37. The Providence Service Corp. common stock | | None | | | exchg/buy | 8/18 | M | | |
| 38. Centennial Money Market (A.G. Edwards) (X) | A | Interest | J | T | | | | | |
| 39. Elizabethton, TN water & sewer revenue bonds | | None | K | T | buy | 1/16 | K | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS    (Indicate part of Report.)

No. 10. Not taking into account the outstanding mortgage.

Nos. 34, 35, 37. On Aug. 18, 2003, Providence Service Corp. made an initial public offering, in which we (1) sold Providence Common Stock that we owned and (2) converted our 2 promissory notes into additional Common Stock in Providence.

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Trauger, Aleta A | 05/13/2004 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature                                                                Date  5/13/04

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C.  20544